IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES

v.  Case No. 5:11cr3/RS

YAMURA D. HUDSON
_____/

## ORDER

Defendant's motion (Doc. 62) is granted. A hearing is scheduled on Defendant's motion to have counsel removed (Doc. 61) on April 12, 2011, at 1:30 P.M. C.D.T.

**ORDERED** on April 7, 2011.

/s/ Richard Smoak
RICHARD SMOAK
UNITED STATES DISTRICT JUDGE