**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**UNITED STATES OF AMERICA,**

**v.**                                                                    **Case No. 5:11cr3-MW/EMT**

**YAMURA D. HUSDON,**

    **Defendant.**

_____/

**ORDER ACCEPTING AND ADOPTING
<u>REPORT AND RECOMMENDATION</u>**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 149. Upon consideration, no objections having been filed by the parties,

    **IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence By a Person in Federal Custody, ECF No. 148, is summarily **DENIED and DISMISSED**. A Certificate of Appealability is **DENIED**." The Clerk shall close the file.

    **SO ORDERED on March 14, 2019.**

**s/Mark E. Walker**_____
**Chief United States District Judge**
