# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.   Case No. 5:11cr3-MW/EMT

YAMURA HUDSON,

    *Defendant.*
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 149. Upon consideration, no objections have been filed. Previously, this Court adopted the Magistrate Judge's Report and Recommendation. ECF No. 150. Defendant, however, filed a motion for reconsideration, ECF No. 154, which this Court granted. ECF No. 155. In so granting, this Court gave Defendant until May 15, 2019 to file objections. That day has come and gone. There remain no objections to the Magistrate's Report and Recommendation. Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 149, is **accepted and adopted** as this Court's opinion. The Clerk shall enter

1

judgment stating, "The Motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody," ECF No. 148, is summarily **DENIED and DISMISSED**. A certificate of appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED on May 24, 2019.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**